**Denise D. SOLES, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2011–7124.

United States Court of Appeals, Federal Circuit.

March 12, 2012.

Sandra E. Booth, of Columbus, OH, argued for claimant-appellant.

Elizabeth M. Hosford, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for the respondent-appellee. With her on the brief were Tony West, Assistant Attorney General, Jeanne E, Davidson, Director, and Brian Simkin, Assistant Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Y. Ken Lee, Attorney, United States Department of Veterans Affairs, of Washington, DC.

PROST, REYNA, and WALLACE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**